THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JAKE MICHAEL PETERSON      §
                           §
v.                         §        CIVIL NO. 4:23-CV-01002-SDJ-BD
                           §
CHIEF DEPUTY DWAYNE        §
DOCKERY, ET AL.            §
                           §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 25, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #28), that Defendants' Motion to Dismiss, (Dkt. #23), be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #23), is **GRANTED** to the extent it challenges Plaintiff's free-exercise and equal-protection claims against Defendant Sullivan; his excessive-force claim against Defendant Sullivan in his official capacity; his claims against Defendants Dockery, Caver, Goodno, Lindamood, and Smith; and his claims for injunctive relief; and **DENIED** to

1

the extent it challenges Plaintiff's excessive-force claim against Defendant Sullivan in his individual capacity.

It is further **ORDERED** that Plaintiff's free-exercise and equal-protection claims against Defendant Sullivan; his excessive-force claim against Defendant Sullivan in his official capacity; his claims against Defendants Dockery, Caver, Goodno, Lindamood, and Smith; and his claims for injunctive relief be **DISMISSED WITHOUT PREJUDICE**.

Plaintiff may, within fourteen days of the docketing of this order, file an amended complaint addressing the defects identified in the Magistrate Judge's Report. If he fails to do so, his defective claims will be dismissed with prejudice.

**So ORDERED and SIGNED this 24th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE